United States District Court
Southern District of Texas
**ENTERED**
March 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LONG NGUYEN THANG BUI, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v.  § | CIVIL ACTION NO. H-15-2508 |
| § | |
| LORETTA LYNCH, ET AL., § | |
| § | |
| *Respondents.* § | |

## ORDER OF DISMISSAL

Pending before the Court is respondent Lynch's amended motion for dismissal (Docket Entry No. 13.) Respondent argues that this section 2241 petition should be dismissed as moot because petitioner has been released from Department of Homeland Security (DHS) custody. Respondent has submitted with the motion exhibits sufficiently establishing that petitioner has been released from DHS custody and that his request for habeas relief has become moot.

Respondent's motion for dismissal (Docket Entry No. 13) is GRANTED and this lawsuit is DISMISSED WITHOUT PREJUDICE AS MOOT. Any and all pending motions are DENIED AS MOOT.

Signed at Houston, Texas on March 17, 2016.

_____
Gray H. Miller
United States District Judge